UNITED STATES DISTRICT COURT
(Southern district of Florida).

LEGAL MAIL
Provided to
Wakulla CI

MAY 3 0 2018

Jose D. Ortiz Torres.
Plaintiff.

Ms. Posten (Classif. Officer)
Defendant. (s)

Case No:
FOR MAILING
18 - 22176 CIV

Cm/A/
pew

FILED by ___PG___ D.C.

JUN 0 5 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

# AMENDED - COMPLAINT
## (42 U.S.C. § 1983 action)

Comes Now Plaintiff Jose Torres. _____ pro-se moves this
Honorable United States District Court (Southern district of Florida)
pursuant to: 42 U.S.C. § 1983 action, and under F.R.Civ.P. (Federal
Rules of Civil Procedural) to file his (prisoner-complaint) against
defendant Ms. Posten (Plaintiff's Classification Officer) in her
(individual-Capacity) for failed to protect Plaintiff from Violence
in Violation of Eighth Amendment and also in Violation of
F.A.C. (Florida Administrative Code) of F.D.O.C. Florida depart
ment of Correction. CHAPTER: 33.602.221 (i) (f).
"Protective Management Rules of Security Operations.
(Classification, duty).

LEGAL MAIL

1

## — ARGUMENT and FACTS.—

On February, 28/2015. While Plaintiff was in (P.M. Unit) at Martin C.I. under full custody, approximately at 3:40 a.m. While walking to breakfast Plaintiff Torres was attacked by a prisoner named (Eric Lambery) and 3 more inmates (gangs members with a deadly Weapon (a razor-blade) attached to tooth brush using as a (Shank) and he got cut in his right side of his face with a deep and bloody laceration, Which requering immediate "Medical Attention" and treatment that consisting of (15 stiches), Plaintiff "Eighth Amendment Constitutional right were violated by defendant Ms; Posten. (Plaintiff Classification-Officer; Who failed to do her job in Protect him.

Plaintiff Torres made a personal warning to defendant Ms; Posten to "Prevent" this incident happen in an interview with her and told her that he was afraid for his life and he was filing that his life was in danger with this gang inmates (but) she saying: "Don't worry about it"...

Defendant Ms; Posten has sufficient opportunity to "Correct" the problem before happen; the remedy was availabl and she failed to duty; and the element of deliberate indifference can be found in this case; Where defendant Ms; Posten failed to "Evaluate" and

LEGAL MAIL

2

Weight" the started personal "Warning" request in Plaintiff's situation.

Plaintiff indicating in an interview with defendant Ms; Posten that before this happen, that his life and Physical safety was in danger and in contradiction she doesn't care and Provoking inappropiate circumstances where she put Plaintiff Life in danger and cause "Physical personal permanent injuries".

see: De'lonta V. Angelone. 330 F. 3d. 630, 634 (4th Cir 2003.) ... deliberate indifference requires that a prison Officers actually know of an disregard an Objectively Serious conditions medical need or risk of harm.

Defendant Ms; Posten acted with sufficient Culpable State of mind and the injured inflicted on the Plaintiff was sufficien "Serious" against his Life.

Plaintiff Torres have a "cut in his face" and even "could" have been killed in the attack. Plaintiff suffered Phychological Mental State disorder (P.T.S.D.) Posttraumatic Stress disorder" Which cause demostrated the Objetive evidence of his medical conditions as a proof that this affected him on his diary ability to live for the rest of his life. (see: Medical records: attached

Prison are congested condition and Official(s) duty includes "Protecting prisoners from Violence at the hands of the others prisoners", prison official LEGAL MAIL

3

may find themselves under a duty to provide prisoner with reasonable "Protection" from constant treats of Violence.

Defendant Posten were deliberately indifferent to Plaintiff verbally request to "Prevent" this incident happen to him and personal failed to protect him.

Plaintiff is now Clarificate that his Claim are against defendant Ms; Posten in her (individual-Capacity) to fail under her duty to Protect and not against (F.D.O.C), Florida Department of Correction.

Defendant Posten failed to do her job. When the remedy was "available" to her to "Prevent" this assault by another inmate; and from the begining Plaintiff request for "Warning" and "Protection" due to his inmate's records as a Correction Officer (graduated) in Puerto Rico "Juvenil Detention Center" (see: Certificate(s) attached, also see: (inmate's file).

Defendant Ms; Posten acted personally in the deprivation of Plaintiff constitutional rights.

Defendant Ms; Posten violated the Eighth Amendment to fail to "Protect and Prevent" assault by inmates.

Defendant Ms; Posten Who had Control of the Plaintiff situation fail under her duty to "Protect" Plaintiff's life; and because she had

LEGAL MAIL

4-

she had "full authority" to take "corrective" action and fail to do her job. Defendant Ms; Posten failure to conduct a (C.I.M.). "Central inmate Monitoring" (evaluation) of the Plaintiff Torres inmate's records, When he explain to her his situation at the interview. Plaintiff is a State Prisoner Who is subject to (C.I.M) evaluations requirements by mandatory regulation(s).

However, the Court held that the failure of Prison-Staff to perform (C.I.M.) evaluations is a Violation of the Prison policy and regulation (s); of F.A.C. Florida Administrative Code.

see: (Walsh V. Mellas 837, F, 2d. 789, 797-98 (7TH Cir. 1988).

...Officer Who failure to Protect prisoner targeted by gangs can be deliberate indifference, failure to screen for gang involvement.

Also. see: (Ryan V. Burlington County, N.J. 889 F. 2d 1286, 1293 (3d Cir 1989).)

... failure to implement Classification System.

Plaintiff in his (Classif-interview) with Ms; Posten give her the first opportunity to promptly remedy a situation within the prison System.

The first "request and Warning" by Plaintiff in his interview with defendant Ms; Posten Where he trying to "Prevent" this incident happen to him; has to be considered as the first-Step of (F.D.O.C.) Florida Dept. of Correction procedural as a part of "ALL" administrative remedy (available) that need to be "exhausted" by prisoner under (P.L.R.A.) concerning "available" remedy.

LEGAL MAIL

...(IF) remedies exist you must use them (P.L.R.A).
see: (Flint V. Kentucky Dept of Correction. 270 F. 3d. 340, 353-54 (6TH Cir 2001).

...Official(s) who knew of threats against prisoners (but) did nothing to protect him could be found deliberate indifferent. Also, see: (Hutchinson V. Mc Cabee. 168 F. Supp. 2d, 101, 103 (S.D.N.Y, 2001).

...evidence would support finding that (Official(s)) should at least have offered (Protection) while investigating prisoners account of threat(s).

Defendant Ms; Posten also is in Violation of F.A.C. (Florida Administrative-Code) of the (F.D.O.C) Florida Department of Correction. accordance to: CHAPTER: 33-602, 221 (1)(f)." Protective Management Rules of Security Operations, Classification, duty.

" internal refers to processes related to decision regarding house, work and programs, placed of an inmate within the secure perimeter of a facility!"

Plaintiff was under Protection at (Martin C.I) because a Court-Order due to his records as a "Correction-Officer in (Puerto Rico) and he explain to defendant Ms; Posten his situation where even in Protection-Custody his Life can be in danger. Defendant Ms; Posten fail to do her job in Violation of (F.A.C) of Dept of Correction in failure to "review", Plaintiff's file to determine (iF); Plaintiff could be held safety under ("Confinement Administrative Review"); till he

LEGAL MAIL

... till he can be Transfered to another (P.M. Unit facility) see: (Taylor V. Foltz. 803, F. Supp. 1261, 1264 (E.D. Mich 1992).

... Official(s) failure to "review" files to determine (IF) Plaintiff could be "safety" under investigation/state a Claim. Also; see: (Matzker V. Herr. 748 F. 2d. 1142, 1149 (7TH Cir 1984).

... failure to "exercise" proper supervisory authority or direction to "remedy" Know Violence problem".

Defendant Ms; Posten has sufficient opportunity to "Correct" the problem before happen, the remedy was "available" and Plaintiff use it according with (P.L.R.A.) said: "(IF)" remedies exist you must use it ... you must exhaust remedy that are "Available".

Plaintiff in the "interview" with defendant Ms; Posten explain his situation with the gangs, Where they have on him a (Green-Light) to "HURT" him everyWhere they see him.

Defendant Ms; Posten acted without precautions and ignored the Plaintiff risk he was faced it, and refusing to place a prisoner In (under-Protective) investigation at Confinement, constitute deliberate indifferent.

LEGAL MAIL

# – CONCLUSION –

Plaintiff Case record(s) demostrated he did exhausted "ALL" the administrative Remedies was "available" to him; even before happen." Under the circumstances of his Case; and/accordance to (P.L.R.A.) in order to "Prevent" this incident happen to him. Plaintiff Torres address his problem to defendant Ms; Posten and he was trying to "Prevent" about the situation but she (denied) him help; and (if) this Honorable United States District Court (Review) the record's Case as a Whole; and do a "Honesty-Evaluation". they will find that a reasonable jury could conclude that Plaintiff was totally deprived of the "Necessary Protection"; and if defendant Ms; Posten would of been doing her job in proper manner; that result in the Plaintiff's situation have been different.

Plaintiff Torres is providing to this Court directly evidence as it is his "(Physical and/Mental disorder permanent personal damages.) see: "inmate Medical record".

Plaintiff allegation(s) are true and/consistent with the evidence of his case's records that provide Violation(s) of the Federal Statutes and/the Eighth Amendment by a person "(Incompetent)" who abuse of her Power and failure to "Protect prisoner from Violence".

8

However, Plaintiff brought this action in good faith to "Prevent" incidents like this keeping happen with other inmates in the future and He ask Humanity to this "Honorable United States district Court" to consider the fact(s) are mentioned here and do a "Honesty Evaluation" of the Plaintiff's Case.

## — RELIF. —

Wherefore, Plaintiff respectfully request that this Honorable United States District Court (granted) this "Amended-Complaint" and continue with the judicial process pursuant to: 42, U.S.C.§ 1983 action. against defendant Ms; Posten for failure to Protect Plaintiff from violence in Violation of the "Eighth Amendment of the United States Constitution.

Respectfully, Submitted.

/s/ _____

Jose D. Ortiz Torres. # 0-C08765.

Wakulla C.I. (annex).

110 Melaleuca Dr.

Crawfordville, Fla 32327.

LEGAL MAIL

9

# CERTIFICATE OF SERVICE.

I HEREBY CERTIFY, that a true and/correct copy of the foregoing "Amended-Complaint" has been placed in the hands of prison-staff for to be mailed to:

United States District Court.
(Southern district of Florida)
400 N. Miami Avenue, # 8N09
Miami, Fla. 33128.

Note:

Martin Correction Inst.
1150 S.W. Allapattah Road.
IndianTown, Fla
            34956.

Respectfully, Submitted.

/s/ _Jose D. Ortiz Torres_

Jose D. Ortiz Torres # O-C08765.
Wakulla C.I. (annex).
110 Melaleuca Dr.
Crawfordville, Fla
            32327.





Certificado Otorgado A

José D. Ortiz

Por haber completado satisfactoriamente el adiestramiento de
40 horas en el uso de Fuerza, 120 horas de Pre-Servicio
y su excelente participación en la
Academia 00-005 de Correctional Services Corporation.
Dado en Bayamón, Hoy 12 de diciembre de 2000

CSC

ACADEMIA
00-005

Wilfredo Ortiz
Administrator, CTSB

Edwin Torres
Director de Adiestramiento
CSC Management de Puerto Rico

# Bayamón Juvenile Detention Center

To all who shall see these present greetings.
Be it known that

## José D. Ortíz Torres

Having successfully fulfilled the requirements of the course of instructions in the
**40 hours of Basic Orientation**
**120 hours of Basic Training**

And having achieved the course requirements, has been declared a

## Graduate

In testimony whereof, and by the authority vested in us, We do confer this Diploma  Given at
Bayamón, Puerto Rico this 14 Day of  May 2001

_Mr. Peter Hernandez_
_Training Director_

_Mr. Marcos A. De Jesus_
_Director_

Classification COPY
EXOFFICER
D.O.C.P.R.
TRANSPORT




# *Gobierno de Puerto Rico*
## *Agencia Municipal para el  Manejo de Emergencia*

*Otorgamos este certificado a:*

# ORTIZ, JOSÉ D.

*Como constancia de su participación en el adiestramiento básico de*

## PRIMEROS AUXILIOS
## Y REANIMACION CARDIOPULMONAR ADULTO

## 28   NOVIEMBRE   2000

*Classification:*
*COPY*
*Ex PARAMedic*
*D.O.C P.R.*
*spanish certification*

**Daniel Benesario Martínez**
Instructor

**José Anibal Alicea Soto**
Director Defensa Civil Arroyo

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☒ Warden      ☐ Assistant Warden      ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Torres, D. Jose                    0-C08765          Wakulla C.I. annex
Last     First     Middle Initial          DC Number              Institution

Part A – Inmate Grievance          1512-118-058

I would LIKE to filed this formal Grievance based that on January, 28th, 2015 at approximately 3:40 am. (7 inmates) have jumped on me and as a result one of them haved cut my face with a razor-blade.

Based on this incident I've have requested to my senior classification officer at that time ~ Ms: Posted ~ to investigate this attempt of Murder. And this senior classification officer violating the United States Constitution responsed to me : ~ " that she wich that those inmates have kill me - that I suppose to die during the incident - and - that I am a piece of sh.. ___ . "officer P.R. then in retaliation way she do not have properly investigate all inmates involved in the attempted of Murder, and she close the case taking away the rights for me.

I am request in this formal Grievance the opportunit to open a criminal-case with the Florida law Enforcement (F.D.L.E) against this senior classification officer Ms: Posted, who is now working in Martin Correctional Institution. and this moment I save this account number, the Bank national Bank, and my Personal information whith Legal Gender Verefication of the state Florida. IRS.

"Thank you"
Sincerely

12-13-2015                    Jose Torres  DC# 0-C08765
DATE                          SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:  ___ / ___
                                                                        #        Signature

Colombia CI

**PART B - RESPONSE**

| TORRES, JOSE | C08765 | 1512-118-058 | WAKULLA ANNEX | J2110L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed and evaluated. An investigation reveals the following:

Classification Ms. Posten was interviewed and she denies your allegations and that at no time did she state she did not wish you were killed or should've died; nor did she state that you are a raper. She stated that an investigation was conducted with the information that you provided concerning the incident. In your grievance you stated that total of (7) inmates jumped you however on the date of the incident you only claimed a total of (4) inmates. On 1/30/15 an investigation was completed concerning your allegations that you had been assaulted by (4) inmates. You met with the ICT on 2/3/15 and the team recommended that you be special reviewed with those (4) inmates and that you be transferred to another PM unit. This was approved by the SCO and you were transferred to Wakulla Annex.

In addition a review of the process from the time you were assaulted to the time you were transferred from Martin C. I. was conducted and it revealed that there was no form of retaliation or violations found in the process of your investigation. Your case was investigated with reports from the incident and with the information you provided to staff.

Based on the foregoing, your Request for Administrative Remedy is D E N I E D. You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachment(s) as required by Chapter 33-103, and forwarding to the Bureau of Inmate Grievance Appeals, 501 South Calhoun Street, Tallahassee, Florida 32399-2500.

Responding Employee: Sgt. L. Roberts, Grievance Coordinator

Signature of Representative: J. Sorey, Warden

| SGT. L. ROBERTS | | 12/16/15 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☒ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Torres . D. José | 0 - C08765 | Wakulla . C.I. Annex |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

Part A – Inmate Grievance   1512-118-059

I've have submitted severals Informal Grievance in reference of an incident occurred To me in Martin. C.I on January. 28th, 2015, and non of my Informal Grievance haved been responding back to me yet. And based on This. I've resubmitt This complain one more Time in This formal Grievance:

On Wednesday - January, 28th, 2015 @ approximately 3:40am inmates:

- Lambell Eric        - Alfonso Juan
- Rosado Raul         - Jackson Johh
- Sanchez Juan        - Stacey Darren
- Piggott Sean

dueing walk To breakfast from B-Dormitory. They all jump on me and (inmate: Lambell Eric) with a razor-blade cut my face. Based on the injury I was Transferred To the hospital for received medical assistance. Since This Incident I've been having submitted severals Informal Grievance requesting an stay away order. against the above inmates.

On february, 13, 2015 I was Transferred To Wakulla.C.I. Annex. P.M. Unit. In which Two of the menton attackers is housing, putting my Life in danger housing me Together with "Stacey Darren" and "Piggott Sean". And this classificaton Error can ended with the Life's of one or more inmates.

> I'm request in this formal Grievance one more time an stay away order against the above menton inmates.

| 12 - 13 - 2015 | José Terris   DCH-C08765 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**          ____ / ____
                                                                                              #        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006,
Florida Administrative Code.

**PART B - RESPONSE**

| TORRES, JOSE | C08765 | 1512-118-059 | COLUMBIA C.I. | Y2118U |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed and evaluated. An investigation reveals the following:

The classification department has been notified of this and advised Martin CI ICT team placed a Special Review of four inmates. (Lambert, Eric, Alfonso, Juan, Sanchez Miguel and Jackson, John) Martin CI are the only ones that can add the other 3 inmates for this incident and they did not at that time. If a new issue should arise please notify security staff that you wish to request additional protection and you will be reviewed by ICT.

Based on the foregoing, your Request for Administrative Remedy is D E N I E D. You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachment(s) as required by Chapter 33-103, and forwarding to the Bureau of Inmate Grievance Appeals, 501 South Calhoun Street, Tallahassee, Florida  32399-2500.

Responding Employee: G. Hewett, Colonel

Signature of Representative: J. Sorey, Warden

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

FLORIDA DEPARTMENT OF CORRECTIONS
REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☒ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse, on the behalf of:**

| Torres . D. JoSE | 0-C08765 | Wakulla C.I. ann |
|---|---|---|
| Last      First      Middle Initial | DC Number | Institution |

Part A – Inmate Grievance    1512-118-060

## PUNISHMENT MEDICAL COMPLAIN

On January, 28, 2015 at approximately 3:45 am, I was seriously cut with a razor-blade in the right side of my face. This attempted Murder happened in Martin. Correctional. InsT, causing a #15 inch long - and - ½ inch deep wound in my face causing me bleeding alot without stop, once in the Medical-Clinic, the Nurse in charge deliberately put a regular - unhealthy Towell in my wound, and order the officer To Transfer me To the Hospital. This Nurse do noT call the Rescue Department for treatment and Transportation Like the laws ordered, violating the Eighth Amendment of safeguards prisoners against a lack of medical care that can result of my dead because the amount of blood that I was bleeding at that Time, and causing me suffering - lose vision - and - big inflamation in my face. Then Officers from Martin.C.I Transfer me in an Regular Transportation Van without Medical Care / also I was in hands-Cuff with a Security - Box during the 47 minutes of Transportation - And because I was in this Type of security Restriction, I can'T cover the wound To stop the amount of blood.

Based on this Safeguard - Violation, my wound can't be treated at the correct way and Time, most of the nerves conection in my face can't BE Restored and Today I'm still suffering of Pain and sensibility in this side of my face.

| 12-13-2015 | Jose D. Torres DC# 0-C08765 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**    _____ / _____
                                                                                                          #        Signature

INSTRUCTIONS

## PART B - RESPONSE

| TORRES, JOSE | C08765 | 1512-118-060 | COLUMBIA C.I. | Y2118U |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed and evaluated. An investigation reveals the following:

This office cannot corroborate your allegations against health care staff. Should you experience problems, sick call is available so that you may present your concerns to the health care staff.

Based on the foregoing, your Request for Administrative Remedy is D E N I E D. You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachment(s) as required by Chapter 33-103, and forwarding to the Bureau of Inmate Grievance Appeals, 501 South Calhoun Street, Tallahassee, Florida 32399-2500.

Responding Employee: K. Clark, Health Administrator

Signature of Representative: J. Sorey, Warden

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

A. Scoggins, PA
Wakulla CI

_____
SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

12-23-15
DATE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☒ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Torres | Jose 'D | OCO-8765 | Wakulla. C.I. Ann |
|--------|---------|----------|--------------------|
| Last | First   Middle Initial | DC Number | Institution |

Part A – Inmate Grievance       1517-118-061

On December, 9, 2015, during my I.C.T interview, the I.C.T members seriosly have descreminate my conviction and also investigate an extortion-action happened on the past November, 11, 2015 in this institution.

The following wakulla-staff members:
* Colonel: G. Hewett
* Assistant Warden: P. Grice
* Classification Suppervisor: a. Segree
* Senior Classification Officer: Brewer

have maden some descreminatory comments about my actual conviction in which the assistant warden: P. Grice haved call me a "Raper", then the Colonel: G. Hewett made some unnecessary comments about my spanish lineage, and also this Colonel stated that: "He don't care if the inmates in wakulla, P.M. unit have extortioned my "fuck... mother." and that he's not going to investigate nothing".

Federal courts have the responsibility to scrutinize this type of descreminatory practices, in which the above staff-members using their powerful influences constinually violate the United States Constitution and laws, and because I been victim on December, 9, 2015 of repugnation act against my conviction crime from this wakulla staff members, I would like to open an criminal case against all them.

| 12-13-2015 | ✱ Jose D. /us DC# OCO-8765 |
|------------|---------------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**✱BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**      ____ / _____
                                                                                                              #          Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.00

**PART B - RESPONSE**

| TORRES, JOSE | C08765 | 1512-118-061 | COLUMBIA C.I. | Y2118U | |
|---|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION | ON |

Your request for Administrative Remedy or Appeal has been received, reviewed and evaluated. An investigation reveals the following:

Your appeal has been reviewed and evaluated.  The issue of your complaint has been referred to the investigative section of the Office of the Inspector General for appropriate action.  Upon completion of necessary action, information will be provided to appropriate administrators for final determination and handling.

As action has been initiated, you may consider your appeal approved from that standpoint.

Based on the above information your Request for Administrative Remedy or Appeal is   A P P R O V E D.

Responding Employee: Sgt. L. Roberts, Grievance Coordinator

Signature of Representative: J. Sorey, Warden

| | | 12-23-15 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**INMATE REQUEST**

DEPARTMENT OF CORRECTIONS

Mail Number: _____

Team Number: _____

Institution: Wakulla C.I

Copy

| TO: (Check One) | ☑ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other _____ |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Jose D. Jones | OCO-8765 | U-1162s | Has evyon | 1-28-2018 |

REQUEST: Agrievance: Warden          Check here if this is an informal grievance ☑

today 4:43-4:49 Day 1-28-2018 the Ilegal situation in U-9-U-2 security pu in Ilecale Cross the two Inmate from U-2 c U-1 the Sgt Lady Davis give two two Inmate Ilegal Authorisation. For cross, the U-2 A-U-1 in put the Dange Rais situation the life, inside, my life, And the security this pu- the two Inmate open the security exit Door, Wxat cross the U-2-A-U-1 check the camera vides record, when the other officer, A. Sixfenstaky came inside the U-1 she see, the two Inmate inside, But she No put in this worken Arrest the two Inmate. After she came inside, One Inmate cagain cross the U-1 to U-2. the other Shee officar cash in the Wouren t she give

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): Jose D. Jones | DC#: GCO-8765 |
|---|---|

**DO NOT WRITE BELOW THIS LINE**

OleE-Haywood

**RESPONSE**          DATE RECEIVED: _____

RECEIVED

JAN 29 2018

Wakulla Grievance Office
Wakulla Correctional Institute

122-1801-0203

I will talk to Ofc Davis about this issue and handle it accordingly

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Approved_ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): C.Ph R. Haywood | Official (Signature): | Date: 9/6/18 |
|---|---|---|

Original: Inmate (plus one copy)

CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.

You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)          Incorporated by Reference in Rule 33-103.005, F.A.C.

**INMATE REQUEST**

*Copy*

DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: Wakulla C.I

| TO: (Check One) | ☐ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Jose D Torres | OxO-8765 | M-9162 | Houseman | 1-28-2018 |

**REQUEST**                          Check here if this is an informal grievance ☐

Another Illegal Autorisation For give out From the Front
Door to the sali port, For loss to W-2 the officer
A. Singlentorry And Sgt Officer Davis, Ask mr.
Warden, Is this security pur or especial Review
And put Dangerous situation Every Day the sell Door
run. leverytiwe this ladys work inside the W-9-W-2
is problem. With Gaps members. check the camek video
when sgt Davis give Ilegal Autorisation the
cross! two Inwate the W-2- A W-9 exit Door
inside W-1-M-2, this Action is introvedable And
violation. Au chapter 33 And violation. the Rule the
security Dept OF Correctional.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): Jose D Torres | DC#: OxO-8765 |
|---|---|

RECEIVED

**DO NOT WRITE BELOW THIS LINE**

JAN 2 9 2018

**RESPONSE**                          DATE RECEIVED: 

Wakulla Grievance Office
Wakulla Correctional Institute

COPY

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): | Official (Signature): | Date: |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)                 Incorporated by Reference in Rule 33-103.005, F.A.C.

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

Mail Team Number: _____

Institution: WAKULLA C.I.

| TO: (Check One) | ☐ Warden ☑ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Torres, Jose | OCO-8765 | MF-1625 | Houseman | 3/18/18 |

**REQUEST** Asst Warden: Mail        Check here if this is an informal grievance ☑

I'm grieving that when the mail is dispursed here, staff calls out names and puts it on an empty bunk or give it to other inmates at the window to hand it off. I'm requesting that a memo be issued to all staff passing out mail, for staff to check each inmate I.D. for mail, and only to give it to that inmate

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature) _____   DC#: OCO-8765   **RECEIVED**

**DO NOT WRITE BELOW THIS LINE**

Oleh-Strawn

**RESPONSE** 122-1803-041   **DATE RECEIVED:** MAR 21 2018

Wakulla Grievance Office
Wakulla Correctional Institute

Dormitory staff are to issue mail to the inmate it is addressed to. Based on this, your grievance is approved.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is **Approved** (Returned, Denied, or **Approved**). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name) Capt N Strawn | Official (Signature): _____ | Date: 3/21/18 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**Wakulla CORRECTIONAL INSTITUTION**
**MENTAL HEALTH ORIENTATION – S3 facilities**

## LOCATION:
All mental health services are provided in the Medical building- Annex.

## MENTAL HEALTH SERVICES:
If you have not been regularly receiving mental health services (S1), complete an inmate request form to access services. If you are assigned a mental health grade of S-2 and mental health services are needed before your scheduled appointment, or in between appointments, complete an inmate request form and address it to your assigned mental health counselor. If it is a psychological emergency please follow proper procedures as listed under "EMERGENCY AND CRISIS PROCEDURES."

## CALL-OUT:
The mental health unit utilizes the daily call-out procedure to schedule all nonemergency appointments with the mental health staff. The call-out will list your name, DC number location and time of your appointment. The call-out is posted daily in the dormitory, and it is your responsibility to read it each day. If you need assistance in reading the call-out ask your dormitory officer for help. Failure to comply with a call-out could result in disciplinary action

## NON EMERGENCY PROCEDURE:
If you are experiencing, worries, and other mild emotional / mental discomforts that seem to interfere with your day-to-day routine, send an inmate request form stating your wish to see a psychology staff member. A co-payment will apply in non-emergency situations.

## EMERGENCY AND CRISIS PROCEDURE:
If you are in a crisis or experiencing an emergency causing you severe emotional/mental stress (including during evenings, weekends and holidays), inform your dormitory officer, work supervisor, correctional officer, or other institutional staff of the nature of the emergency. They will make the necessary referrals. Mental health staff and/or medical staff will determine if the condition presented is a crisis or an actual emergency.

## INMATE CO-PAYMENT:
1. Non-emergency health care visits requested will require a co-payment (see instructions / information sheet posted in dorms and health services area). This means that if you request a visit to mental health you will be required to pay a co-payment fee.
2. You will not be denied access to care for lack of ability to meet the copayment fee. Your care will be the same even if you cannot pay the co-payment.
3. There will be no charge for emergency visits, unless determined by the mental health professional.

**Note:** All services are considered confidential. Nevertheless, there are some situations when mental health staff are required to act on information you provide (even in a counseling or therapy session). Information that is not covered under the privilege of confidentiality which will be reported include reports of sexual assault during incarceration, threats of escape, threats to harm oneself or others, and alleged or actual sexual abuse of minors or elderly persons.

An appointment with mental health services may be obtained by completing an inmate request form addressed to mental health.

## MEDICATION PICK-UP
Medication pick-up times are Open Population (**Wednesday, Friday and Saturday**) at 8am, L-Dorm (**Tuesday's**) at 8am and M Dorm (**Thursdays**) at 8am, otherwise indicated at the pill windows.

*Topics*

*mill025*

*mental Health prean:*
*miss Led Better*

*FRom: Therapy session*

## CONFRONTING DEPRESSION

Have a positive attitude

Take responsibility for your actions and "feeling better."

Take one day at a time

Don't expect too much too soon

Set realistic goals; goals that you can achieve

Use stress-reducing techniques

Practice seeing things as they really are, not just the way you would like them to be

Avoid alcohol and drugs

Take part in activities that make you feel better

Do not underestimate the power of laughter

Avoid isolation

Seek out people who are supportive and helpful

Avoid negative situations and judgmental people who bring you down

Avoid "friends" who are mainly interested in negative gossip and in hearing about one's problems

Stick to your treatment plan

Avoid brooding

Avoid focusing on yourself

```
HS 0168-1              Florida Department of Corrections          PAGE      3
2018-05-23             Inmate Daily Call Out Schedule             10:17
                             122 - WAKULLA ANNEX
                        Appointment Date - 2018-05-24
                                Dorm - M


Name                     Docnum   Location    Time          Report To
--------------------------------------------------------------------------
Alvelo-Aponte, Gary      X84051   M1106U     10:00  AM    Mental Health Clinic
BARGER, CHAD E           E00270   M2122L     10:00  AM    Mental Health Clini
CATHCART, RONNIE A       872679   M2141S     10:00  AM    Mental Health Clini
GONZALEZ, JOSE A         H31437   M1147S     10:00  AM    Mental Health Clini
JOHNSON, RICOH C         T60014   M2118U     10:00  AM    Mental Health Clini
JOHNSON, XAVIER J        U28117   M1105L     10:00  AM    Mental Health Clini
SCOTT, JEREMIAH L        149468   M2134S     10:00  AM    Mental Health Clini
TORO, RICCARDO           S29442   M2139S     10:00  AM    Mental Health Clini
WHITE, MARCUS J          V45438   M1109U     10:00  AM    Mental Health Clini
HAYES, ORINTHID J        A51727   M2117L     10:50  AM    Mental Health Clini
HAYES, ORINTHID J        A51727   M2117L     10:51  AM    Mental Health Clini
GUTIERREZ, LAZARO        B11875   M1131S     10:55  AM    Mental Health Clini
BUECHNER, KEIL A         B04402   M2101S     11:00  AM    Mental Health Clini
TEMPLE, JERE M           H35782   M1152S     11:00  AM    Mental Health Clini
TORRES, JOSE D           C08765   M1162S     11:45  AM    Mental Health Clini
JOHNSON, JAMES           258549   M1115L     12:30  PM    Mental Health Clini
COOK, DONALD L           609996   M2105L     01:00  PM    Mental Health Clini
CUNNINGHAM, GARRETT      I46604   M2104L     01:00  PM    Mental Health Clini
DAVIS, RONALD R          096134   M2126S     01:00  PM    Mental Health Clini
```

```
HSSO168-1              Florida Department of Corrections          PAGE      3
2018-05-23            Inmate Daily Call Out Schedule            12:40
                          122 - WAKULLA ANNEX
                      Appointment Date - 2018-05-24
                              Dorm - M


Name                   Docnum   Location   Time         Report To
-----------------------------------------------------------------------------

TORRES, JOSE D         C08765   M1162S     08:00 AM  Medical Clinic
WARDLOW, CHARLES       149214   M1105U     08:00 AM  Medical Clinic
CULBERTSON, MICHAEL    892872   M1125U     08:01 AM  Medical Clinic
LEE, LONNIE            R87580   M2148S     08:01 AM  Medical Clinic
STONE, RONALD W        D29498   M2105U     08:01 AM  Medical Clinic
CULBERTSON, MICHAEL    892872   M1125U     08:02 AM  Medical Clinic
STONE, RONALD W        D29498   M2105U     08:02 AM  Medical Clinic
HERTO, CARL D          137124   M1159S     09:00 AM  Medical Clinic
JONES, JAMES M         109669   M2119L     09:00 AM  Medical Clinic
SHELBY, DAVID W        274254   M2161S     09:00 AM  Medical Clinic
```

```
05/23/2018                    FLORIDA DEPARTMENT OF CORRECTIONS                        PAGE     1
HSS0158-12          I N M A T E   D A I L Y   C A L L - O U T   S C H E D U L E       TIME 06.26
FACILITY LOCATION   :  122-WAKULLA ANNEX
```

THIS CALL-OUT SHEET IS A WRITTEN ORDER, AND FAILURE TO
COMPLY WITH THE CALL-OUT SHEET COULD RESULT IN
DISCIPLINARY ACTION!

FOR CALL OUT ON:        THURSDAY,  MAY     24, 2018

| INMATE NAME | DOCNUM | LOCATION | TIME | REPORT TO: |
|---|---|---|---|---|
| CATHCART, RONNIE A. | 872679 | M2141S | 07:30 A.M. | Dental Clinic |
| EVANS, PATRICK A. | R74761 | M1148S | 07:30 A.M. | Dental Clinic |
| KECK, BRANDON S. | D46146 | M1104U | 07:30 A.M. | Dental Clinic |
| KING, JAMES H. | W11879 | M1116L | 07:30 A.M. | Dental Clinic |
| PETERS, MICHAEL B. | N14785 | M2138S | 07:30 A.M. | Dental Clinic |
| PASTORINO, JOSE | B09559 | M1103U | 07:30 A.M. | Dental Clinic |
| TORRES, JOSE D. | C08765 | M1162S | 07:30 A.M. | Dental Clinic |
| ROBINSON, JAMES R. | J26600 | M2120L | 07:30 A.M. | Dental Clinic |

```
  ..)168-1              Florida Department of Corrections         PAGE      3
  2018-05-16            Inmate Daily Call Out Schedule            11:36
                            122 - WAKULLA ANNEX
                        Appointment Date - 2018-05-17
                                Dorm - M


Name                     Docnum   Location    Time        Report To
-------------------------------------------------------------------------------

HOUSTON,  ELLIS  L       T54635   M1142S     03:00 AM    Medical Clinic
JOHNSON,  JAMES          258549   M1115L     03:00 AM    Medical Clinic
JOHNSON, RICOH C         T60014   M2118U     09:00 AM    Medical Clinic
KING, JAMES H            W11879   M1116L     08:00 AM    Medical Clinic
KING, JAMES H            W11879   M1116L     09:00 AM    Medical Clinic
KOWALSKI, DAVID S        194013   M1118L     08:00 AM    Medical Clinic
LEE, LONNIE              R87580   M2148S     08:00 AM    Medical Clinic
LEE, LONNIE              R87580   M2148S     08:01 AM    Medical Clinic
LEE, LONNIE              R87580   M2148S     09:00 AM    Medical Clinic
LOPEZ, VICTOR L          T57716   M2117U     09:00 AM    Medical Clinic
MCCRORY, BRANDON P       J27828   M1125L     03:00 AM    Medical Clinic
ODELL, DAVID R           G11778   M1156S     09:00 AM    Medical Clinic
PAULCIN, PROPHET         W11537   M1141S     03:00 AM    Medical Clinic
PETERS, MICHAEL B        N14785   M2138S     08:00 AM    Medical Clinic
ROBINSON, JAMES R        J26600   M2120L     08:00 AM    Medical Clinic
ROBINSON, JAMES R        J26600   M2120L     09:00 AM    Medical Clinic
STONE, RONALD W          D29498   M2105U     08:00 AM    Medical Clinic
TORRES, JOSE D           C08765   M1162S     08:00 AM    Medical Clinic
```

```
HL  168-1           Florida Department of Corrections           PAGE      3
2018-05-16          Inmate Daily Call Out Schedule              10:28
                         122 - WAKULLA ANNEX
                    Appointment Date - 2018-05-17
                            Dorm - M
```

| Name | Docnum | Location | Time | Report To |
|------|--------|----------|------|-----------|
| JOHNSON, JAMES | 258549 | M1115L | 12:30 PM | Mental Health Clini |
| COOK, DONALD L | 609996 | M2105L | 01:00 PM | Mental Health Clini |
| COYNE, JOSEPH W | W37826 | M1108U | 01:00 PM | Mental Health Clini |
| DAVIS, RONALD R | 096134 | M2126S | 01:00 PM | Mental Health Clini |
| FISHER, STEPHEN P | T21358 | M1146S | 01:00 PM | Mental Health Clini |
| TORO, RICARDO | S29442 | M2139S | 01:00 PM | Mental Health Clini |
| TORRES, JOSE D | C08765 | M1162S | 01:00 PM | Mental Health Clini |
| WOOD, RONALD | J08289 | M1126S | 01:00 PM | Mental Health Clini |
| LEE, LONNIE | R87580 | M2148S | 01:15 PM | Mental Health Clini |
| GONZALEZ, JOSE A | H31437 | M1147S | 01:16 PM | Mental Health Clini |
| JIMENEZ, STEVEN | 145437 | M2129S | 01:40 PM | Mental Health Clini |
| JIMENEZ, STEVEN | 145437 | M2129S | 01:41 PM | Mental Health Clini |
| PERRY, BRANDON | 535453 | M1121L | 01:45 PM | Mental Health Clini |
| PERRY, BRANDON | 535453 | M1121L | 01:46 PM | Mental Health Clini |
| BURLINSON, DARIUS | L94780 | M2132S | 02:00 PM | Mental Health Clini |
| SLAGLE, BLAINE | 107148 | M1103L | 02:05 PM | Mental Health Clini |
| SLAGLE, BLAINE | 107148 | M1103L | 02:06 PM | Mental Health Clini |
| JOHNSON, JAMES | 258549 | M1115L | 02:15 PM | Mental Health Clini |
| JOHNSON, JAMES | 258549 | M1115L | 02:16 PM | Mental Health Clinic |

```
HSS0168-1            Florida Department of Corrections        PAGE        4
2018-04-25           Inmate Daily Call Out Schedule           09:30
                         122 - WAKULLA ANNEX
                     Appointment Date - 2018-04-26
                              Dorm - M


Name                    Docnum    Location     Time       Report To
-----------------------------------------------------------------------------

TORRES, JOSE D          C08765    M1162S       03:00 PM   Mental Health Clini

TOTAL           20
```

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: NWFRC

TO: (Check One)
☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☑ Medical
☐ Mental Health
☐ Dental
☐ Other _____

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | José D. Torrés | CO-8765 | L-3112L | PM | 6-15-17 |

**REQUEST**        Check here if this is an informal grievance ☐

My Request is ＊ it is possible, I need copy
the issues, or copy the my File, the situation
the Feb. 27, 28 2016 in Martin C.I. the my
Court in my Face, report the Report is the
Feb. 27-28 2015 Martin C.I Time: 3:40 3:41 Am
can. When the inmate, count my Face
insident. please. thank you
Sod Bless you

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

Inmate (Signature): _____ DC#: CO-8765

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

DATE RECEIVED: JUN 19 2017

**RECEIVED**

NWFRC MEDICAL

Attach a copy of your statement showing funds are available for purchase of records for further review to be done. If you wish to see the results you can be placed on callout to review your file free of charge.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): S. Holland, MRC  Official (Signature): S. Holland, MRC  Date: 06/21/17

0901

S. Holland, MRC

S. Holland, MRC
NWFRC

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file.
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

# INMATE REQUEST

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: _____

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☑ Other Medical Record |
| --- | --- | --- | --- | --- |

| FROM: | Inmate Name<br>Torres, Jose D. | DC Number<br>CO-8765 | Quarters<br>M1-162-S | Job Assignment<br>Houseman | Date<br>4/29/18 |
| --- | --- | --- | --- | --- | --- |

**REQUEST**                                          Check here if this is an informal grievance ☐

I need a copy of all medical records in
my file including pictures, from Feb. 28, 2015
Please change my account

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

Inmate (Signature): _____         DC#: OCO 8765

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE                        DATE RECEIVED: RECEIVED

Watch Callout

APR 30 2018

HEALTH SERVICES
WAKULLA CI

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): K. Collins Medical Records Supervisor Wakulla CI | Official (Signature): K. Collins, MRS | Date: 4-30-18

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 1-18-2018                    Time: 2:00 pm

Inmate Name: Josep Torres       DC#: OCO-8765

Housing assignment: PD W4-1162S

Job assignment: pm

Problem:

☐    Pass/pass renewal

☐    Medication renewal

☐    Need information (explain): _____

☐    Mental Health

☐    Dental

☐    Medical (explain): Today I go to my Appoinyent to Mental Health But nobody whasure, so I need my Appoinen pleases I Los my son 1 unths Ago Day 12-11-2017, my son un police OFFicer the Houston texas, I die I Am Ex police OFFicer p.r. Appreciate unchure pleases thank

When did problem/symptoms start? _____

_____

_____

_____

_____

Inmate Name_____

DC#_____ Race/Sex_____

Date of Birth_____

Institution_____

Distribution:  Original—Nursing Supervisor

Pink—Inmate (special housing only-otherwise

destroy copy)

This form is not to be amended, revised, or altered

without approval by the Office Health Services-

Administration

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
# INMATE SICK-CALL REQUEST

Date: _1-1-2018_     Time: _8:00 AM_

Inmate Name: _Jose D. Torres_     DC#: _OCO-8768_

Housing assignment: _M-1-162 S_

Job assignment: _pm_

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain):_____

☑   Mental Health

☐   Dental

☐   Medical (explain): _I want appoiment to mendal Heath_

_____
_____
_____
_____
_____
_____
_____

When did problem/symptoms start?_____

_____
_____
_____
_____
_____

Inmate Name_____

DC#_____Race/Sex_____

Date of Birth_____

Institution_____

Distribution:  Original—Nursing Supervisor
Pink—Inmate (**special housing only-otherwise**
**destroy copy**)
This form is not to be amended, revised, or altered
without approval by the Office Health Services-
Administration

    Incorporated by Reference in Rule 33-402.101, F.A.C.

01/24/2018                     FLORIDA DEPARTMENT OF CORRECTIONS                PAGE    1
HSSO158-12           I N M A T E   D A I L Y   C A L L - O U T   S C H E D U L E         TIME 10.26
FACILITY LOCATION  :  122-WAKULLA ANNEX

THIS CALL-OUT SHEET IS A WRITTEN ORDER, AND FAILURE TO
COMPLY WITH THE CALL-OUT SHEET COULD RESULT IN
DISCIPLINARY ACTION!

FOR CALL OUT ON:        THURSDAY,  JANUARY   25, 2018

| INMATE NAME | DOCNUM | LOCATION | TIME | REPORT TO: |
|---|---|---|---|---|
| MONTALVO, ELIUD M. | 167655 | M2128S | 06:30 A.M. | Mental Health Clinic |
| DOUMIT, NICHOLAS A. | T75483 | M1113U | 08:00 A.M. | Mental Health Clinic |
| WHITE, MARCUS J. | V45438 | M1110L | 08:00 A.M. | Mental Health Clinic |
| SLAGLE, BLAINE | 107148 | M1102S | 08:20 A.M. | Mental Health Clinic |
| SLAGLE, BLAINE | 107148 | M1102S | 08:21 A.M. | Mental Health Clinic |
| WALLACE, ALERIE | 186919 | M2115L | 08:30 A.M. | Mental Health Clinic |
| ▉▉▉▉▉▉▉▉ | | | 08:35 A.M. | Mental Health Clinic |
| | | | 08:36 A.M. | Mental Health Clinic |
| TORRES, JOSE D. | C08765 | M1162S | 09:00 A.M. | Mental Health Clinic |
| WARDLOW, CHARLES | 149214 | M1123U | 09:00 A.M. | Mental Health Clinic |
| BUECHNER, KEIL A. | B04402 | M2101S | 09:00 A.M. | Mental Health Clinic |
| HAYES, ORINTHID J. | A51727 | M1119L | 09:00 A.M. | Mental Health Clinic |
| NODELL, CHRISTOPHER J. | 685936 | M1139S | 09:01 A.M. | Mental Health Clinic |
| CLAY, BRAD T. | K79193 | M1151S | 09:05 A.M. | Mental Health Clinic |
| GLOVER, JOSEPH F. | 118156 | M2113L | 09:30 A.M. | Mental Health Clinic |
| | | | 09:30 A.M. | Mental Health Clinic |
| DAVIS, RONALD R. | 096134 | M2157S | 09:30 A.M. | Mental Health Clinic |
| JOHNSON, JAMES | 258549 | M1111L | 09:30 A.M. | Mental Health Clinic |
| BURLINSON, DARIUS | L94780 | M2108L | 09:30 A.M. | Mental Health Clinic |
| JOHNSON, JAMES | 258549 | M1111L | 09:31 A.M. | Mental Health Clinic |
| GLOVER, JOSEPH F. | 118156 | M2113L | 09:31 A.M. | Mental Health Clinic |
| HAGAN, BRANDON | 157595 | M2130S | 09:35 A.M. | Mental Health Clinic |
| | | | 09:35 A.M. | Mental Health Clinic |
| DOUMIT, NICHOLAS A. | T75483 | M1113U | 10:00 A.M. | Mental Health Clinic |
| BELL, NICHOLAS L. | 148764 | M1105L | 10:00 A.M. | Mental Health Clinic |
| COOK, DONALD L. | 609996 | M2138S | 10:00 A.M. | Mental Health Clinic |
| GIAMETTA, ROBERT | 168430 | M2114L | 10:00 A.M. | Mental Health Clinic |
| EVANS, PATRICK A. | R74761 | M1148S | 10:00 A.M. | Mental Health Clinic |
| GALLOWAY, DARRIN | 095354 | M2163S | 10:00 A.M. | Mental Health Clinic |
| GLOVER, JOSEPH F. | 118156 | M2113L | 10:00 A.M. | Mental Health Clinic |
| TORRES, JOSE D. | C08765 | M1162S | 10:01 A.M. | Mental Health Clinic |
| DRAWHORN, RAYMOND L. | H42421 | M2150S | 10:30 A.M. | Mental Health Clinic |
| HAGAN, BRANDON | 157595 | M2130S | 10:36 A.M. | Mental Health Clinic |
| LOPEZ, VICTOR L. | T57716 | M2117U | 11:00 A.M. | Mental Health Clinic |
| PERRY, BRANDON | 535453 | M1121L | 11:00 A.M. | Mental Health Clinic |
| CARMENATE, ERNESTO | Y28956 | M2143S | 11:30 A.M. | Mental Health Clinic |
| SLAGLE, BLAINE | 107148 | M1102S | 01:00 P.M. | Mental Health Clinic |
| HAGAN, BRANDON | 157595 | M2130S | 01:00 P.M. | Mental Health Clinic |
| POTTER, JEFFREY | 190373 | M2135S | 02:00 P.M. | Mental Health Clinic |
| DAVIS, RONALD R. | 096134 | M2157S | 02:00 P.M. | Mental Health Clinic |

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 4-24-2018                    Time: 9:00 AM

Inmate Name: Jored Jones          DC#: OCC-8765

Housing assignment: M-1162s

Job assignment: House Man

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain): _____

☐   ~~Mental Health~~

☐   Dental

☐   Medical (explain): Appointment to my First therepy
with LedBetter Mental Health.

_____

_____

_____

_____

_____

When did problem/symptoms start? _____

_____

_____

_____

_____

Inmate Name _____
DC# _____ Race/Sex _____
Date of Birth _____
Institution _____

Distribution:  Original—Nursing Supervisor
Pink—Inmate (**special housing only**-otherwise
destroy copy)
This form is not to be amended, revised, or altered
without approval by the Office Health Services-
Administration

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 4-16-2018                    Time: 2:15 pm

Inmate Name: Jose D. Torres        DC#: OCO-8765

Housing assignment: W-1162 s

Job assignment: House Mon

Problem:

☐   Pass/pass renewal

☐   Medication renewal

☐   Need information (explain): _____

☑   Mental Health

☐   Dental

☐   Medical (explain): I need the ~~████~~ talk to Miss
Taylor And the Miss Leo Better theropi Because,
I talk to my Family Because. I recelled The continues
Descrimination And Bad Actitud negatived Actided
from staft off ken. or my percorality And Abuse
the Miss Actitud negatived Actitud ~~████~~ to me. My
Family Tell me them came take Action For thes
Jail And contact to F.B.I And News Whenever Actom
of my pergone inside

When did problem/symptoms start? _____

_____
_____
_____
_____

Inmate Name_____
DC#_____Race/Sex_____
Date of Birth_____
Institution_____

Distribution:  Original—Nursing Supervisor
Pink—Inmate (**special housing only-otherwise**
destroy copy)
This form is not to be amended, revised, or altered
without approval by the Office Health Services-
Administration

*Inform about*

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

~~INMATE REQUEST~~

*Rgrievance*

| | | | | Mail Number: |
|---|---|---|---|---|
| | | | | Team Number: |
| | | | | Institution: *Wakulla C.I* |

| TO: (Check One) | ☐ Warden | ☐ Classification | ☑ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other |

| FROM: | Inmate Name Jose D. Jones | DC Number OCO-8765 | Quarters W-1162s | Job Assignment Houseman | Date 4/6/2018 |
|---|---|---|---|---|---|

REQUEST *Medical Recor:*                    Check here if this is an informal grievance ☑

Medical Recor. My Request is in relation to staff Medica Recor. I need pleases. My copy Record Medical. The Feb. 28-2015 in Martin C.I when, 3:10 AM Somebody Court my Face in Received "15 stiche in my Face is in Record Medical 2-28-2015 Martin C.I And Record copy The Actuality Mental health 2015, 2016 Also 2017 2018

Appreciate! Thank you. This is ao firsttime, I send my Agrievance, I pay Frieom Inmate Account.           God Bless You

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): | DC#: OCO-8765 | RECEIVED |
|---|---|---|

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**     *122-1804-0058*                    DATE RECEIVED: APR 09 2018
Wakulla Grievance Office
Wakulla Correctional Institute

Your grievance is being returned without action. Per Chapter 33-103.014.(1)(V) The inmate is using the Grievance process to ask questions or seek information, guidance or assistance.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is *Returned*   . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): T. Crawford | Official (Signature): | Date: 04/09/18 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

APR 09 2018

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)                    Incorporated by Reference in Rule 33-103.005, F.A.C.

*Evidence*

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

*No response 4/3/2018*

Mail Number: _____
Team Number: _____
Institution: **WAKULLA CI**

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☑ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name Torres, José D. | DC Number C08765 | Quarters M1-762-S | Job Assignment Houseman | Date 3/31/18 |
|---|---|---|---|---|---|

## REQUEST

Check here if this is an informal grievance ☐

Dear MRS. LEDBETTER,

    May I please have an update as to when I will be called to get a copy of the medical records from the incident at Martin C.I., 02/18/2015, in my file, when I was cut in my face. Thank you.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

*[signature]*     DO NOT WRITE BELOW THIS LINE     OC08765

**RECEIVED**
APR 04 2018
Wakulla Grievance Office
Wakulla Correctional Institute

## RESPONSE

122-1804-0030

DATE RECEIVED: _____

Your grievance is being returned without action. Per Chapter 33-103.014 (1)(v) The inmate is using the grievance process to ask questions or seek information, guidance or assistance.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is **Returned** (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _____     Date: 04/04/18

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

APR 04 2018

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 6/12)

Incorporated by Reference in Rule 33-103.005, F.A.C.

# INMATE REQUEST

*unsigned* 1/3/2018

## STATE OF FLORIDA
### DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: _W. Wakulla C.I._

| TO: (Check One) | ☐ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ ~~Mental Health~~ | ☐ Other |

| FROM: | Inmate Name: Jose A. Jones | DC Number: 000-8765 | Quarters: U4-1162s | Job Assignment: Hazellyon | Date: 3/30/2018 |
|---|---|---|---|---|---|

**REQUEST** Miss LeDBetter : mental H  Check here if this is an informal grievance ☐

Today Dveing the time: 11:46 the Lady Mental Health
Miss: LeDBetter She tame, you Fiel good today, so she tell
after. negular. But Hen tell me, you need, the Service again
Wanted Health. I tell yes. please. But, I tell, yesterday the
Docta taylor. She. talk toshe, I written, I ASK I Lot questions
So. the Honesty Appreciate, miss LeDBetter, or miss taylor.
Seeme, again Really Free my terrop: who, give my temp.

Thank you

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

| Inmate (Signature): Jose A. Jones | DC#: 000-8765 | **RECEIVED** |
|---|---|---|

### DO NOT WRITE BELOW THIS LINE

APR 04 2018

OTC.-
**RESPONSE**  122-1804-0029

**DATE RECEIVED:** _____

Wakulla Grievance Office
Wakulla Correctional Institute

Your grievance is being returned without action. Per chapter
33-103.014(1)(b) The grievance is so broad, general or vague
in nature that it cannot be clearly investigated, evaluated,
+ responded to.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _Returned_. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): R. Crawford | Official (Signature): R. C | Date: 04/04/18 |
|---|---|---|

Original: Inmate (plus one copy)

CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

APR 04 2018

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.

You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

# INMATE REQUEST

Team Number: _____
Institution: Wakulla C.I

**TO:** (Check One)
☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☑ Medical
☑ Mental Health
☐ Dental
☐ Other _____

| **FROM:** | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Torres, Jose | OCO-8765 | MI-162-S | Haseman | 3/18/18 |

**REQUEST**                                          Check here if this is an informal grievance ☑

I have previously been put down for a few appointments to be seen by a mental health counselor or Doctor. When I saw one lady, she was real nasty to me and told me shee refused to see me). I was reset various times for appointments and have yet to be seen by a mental health professional. I'm suffering from anxiety and p.t.s.d. due to being attacked on Feb. 28, 2015 at Martin C.F. where my right side of my face was cut. I can't sleep I have nightmares when I do sleep a little. I have many flash back's of being attacked and feel weird around people (bad) scared to be attacked again.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded-to in writing.

Inmate (Signature): _____                  DC#: OCO-8765          RECEIVED

07C - Mental health                    **DO NOT WRITE BELOW THIS LINE**          MAR 22 2018

**RESPONSE**            122-1803-0162            **DATE RECEIVED:** Wakulla Grievances Office
                                                          Wakulla Correctional institute

RECEIVED
MAR 23 2018
HEALTH SERVICES
WAKULLA CI

You were seen by the psychologist yesterday.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is __Denied__ . (Returned, Denied or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): E. Hand | Official (Signature): _____ | Date: 3/23/18 |
|---|---|---|

Health Services Administrator
Wakulla CI

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

17

# INMATE REQUEST

Team Number: _____
Institution: **WAKULA C.I**

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☒ Mental Health | ☐ Dental ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name Jose D. Torres | DC Number Oco-8765 | Quarters M-1162s | Job Assignment Houseman | Date 2-7-2018 |
|---|---|---|---|---|---|

**REQUEST** Mental Health        Check here if this is an informal grievance ☐

I Respectfully Request to be set to meet with a mental health expert because I notice that I am having different changes in my behavior since after I was (attacked here at cm) Feb 28, 2015 I have nightmares of the attack, I get nervous and anxious around people. I anticipate being blindly attacked again out of nowhere and I would like these simptoms to be diagnosed by a proffessional and get the proper medication to balance me oct.
Thank You

All requests will be handled in one of the following ways:  1) Written Information  or  2) Personal Interview.  All informal grievances will be responded to in writing.

Inmate (Signature): _Jose D. Torres_        DC#: Oco-8765

―――――――――――― DO NOT WRITE BELOW THIS LINE ――――――――――――

## RESPONSE        DATE RECEIVED:

FEB 14 2018
WAKULLA CI
MENTAL HEALTH SERVICE

Watch the call-out.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): N. Taylor | Official (Signature): | Date: 2/15/18 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

Mail Number: _____
Team Number: _____
Institution: _Walbulla Annex_

| TO: (Check One) | ☐ Warden | ☑ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other |

| FROM: | Inmate Name José D Torris | DC Number C0-8765 | Quarters N1H2L | Job Assignment py | Date 11-30-201? |
|---|---|---|---|---|---|

miss **REQUEST** _Phillips / classification_        Check here if this is an informal grievance ☑

My Request is today you come to see me. For Interview
thank. this is my Especial review For somebody
people. 1- Nicoff warren+(nicoff's)
·2- Oscar Rivera (CB)          Especial review
·3- John Jackson (Jass)
4- Erick Lambers(skin)        Never come to:
5- Juan Alfonzo (Diff)        this N-1
6- Raul Rosado (Raul)
7- Jose Barrozo (Hto)
8- Andy Pizzarno (Andy)
9- Jose Arazo (Peru)

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _José D. Torris_        DC#: _C0-8765_

─────────── **DO NOT WRITE BELOW THIS LINE** ───────────

# RESPONSE                    DATE RECEIVED: _____

All cases are reviewed under individual basis and most cases will not
be the same. You are currently special reviewed against Sanchez, Miguel,
Lambert Eric Alfonso, Juan, Jackson John, and Rivera, Oscar. A investigation
was completed, and there was not enough evidence to deem a special
review against the Inmates that I did not list. At any time, if you
are in fear of your life please alert security staff so that all safety
protocol can be initiated.

[The following pertains to informal grievances only:] ☒ DENIED

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.)

| Official (Print Name): J Phillips | Official (Signature): Phillips | Date: 2/5/17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

JOSE. D. TORRES.

**WAKULLA CI - ANNEX**
110 MELALEUCA DRIVE
CRAWFORDVILLE, FL 32327

DC# O - C08765.

room #
8N09

TO: CLERK's OFFICE

United States District Court.

— (Southern district of Florida) —

400 North Miami Avenue.

Miami, FLa.

33128 - 7716.

LEGAL MAIL
Provided to
Wakulla CI

MAY 3 0 2018

FOR MAILING