FILED by _mc_ D.C.
NOV 16 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

United States District Court
Southern District of Florida

José D. Ortiz Torres
plaintiff

Case Nº 18-22176-CIV-Altonaga/White

Joanne Postein
Defendant

PROVIDED TO AVON PARK
CORRECTIONAL INSTITUTION
On 11-12-18 FOR MAILING
BY C/O Roberson

## Motion For No Dismiss Complaint

42. U.S.C. § 1983 action

Comes now plaintiff José D. Ortiz Torres pro-se moves this Honorable United States District Court (Southern District of Florida) pursuant to: 42 U.S.C § 1983 action. And under F.R.Ci.V.P. (Federal Rules of Civil Procedure) to File his (prisoner-complaint) as against Defendant Miss Joanne poster classifra in officer.

## Motion For No Dismiss this complaint

1- the office the pambai Attorney General State of Florida. And marie-cirtan Banken Assistant Attorney general office.

2- the this offices, writte to me the Day 10-16-2018 Document 21 Entered on FLSD Docket page 1 of 11 use the infimidation, And ~~this~~ ~~unreasonable~~ ~~accient~~ → discrimination
Agains of me, for my chages. And my personalite

3- And tell the court And office Attorney general is my Face. No Face the court o Face, the Attorney General.

4. I was Attacked with a "shank" by Another inmate 4 Thurate, in protective management inside Unite at Martin Correctional Institution And we received "15 stiches") in my face.

5 - a reminder to court And Attorney general I was a Former correctional officer in Puerto Rico.

## Certificate of Service

I HEReby Certify that a true and / correct copy of the Foregoing "Amended-complaint" has been placed in the hands of prison-staff For to be mailed to:

United States District Court
(southern district of Florida)
400 N. Miami Avenue #8N09
Miami, Fla. 33128

note:
Martin CI
1150 S.W Alla-pattah Road
Indiantown, Fla
Case Feb-28 2015

Respectfully submitted
José D. Ortiz Torres

José D. Ortiz Torres
CU-8765 D116 L
Address now current
jail

Avon park correctional
Institution 8100 Hwy 64 E
Avon park FL 33825

**U.S. POSTAGE >> PITNEY BOWES**
$000.47⁰
NOV 13 2018

MAILED FROM A STATE CORRECTIONAL INSTITUTION
USMS INSPECTED RECEIVED

Jose D. Ortiz Torres
C0-8765 D1116L
Avon Park Correctional
Inst/Aton 8100 Hwy 64 East
Avon Park, FL 33825

United States District Court
Southern District of Florida
Office of the Clerk-Room 8N09
400 North Miami Avenue Miami,
Florida 33128-7716

PROVIDED TO AVON PARK CORRECTIONAL INSTITUTION
On 11-12-18 FOR MAILING
BY [signature]

331288$7716 C075